Homer D. McLaren, Plaintiff-Appellee, v. Jere A. Martin, Defendant-Appellant.

Gen. No. 10,467.

Third District.

September 18, 1963.

Gillespie, Burke & Gillespie, of Springfield (George B. Gillespie and Stuart Dobbs, of counsel), for appellant; C. Victor Cardose, of Springfield, for appellee. Opinion by PRESIDING JUSTICE CARROLL. **Not to be published in full.**